1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **HAI MANH HOANG**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 10-00731 LHK |
| Plaintiff, ) | |
| vs. ) | ORDER OF CONTINUANCE OF STATUS CONFERENCE (as modified) |
| HAI MANH HOANG, ) | |
| Defendant. ) | |

Accordingly, for good cause shown,

The court HEREBY ORDERS that the status appearance scheduled for March 14, 2012 at 10:00 a.m., is continued to April 18, 2012 at ~~10~~ 9:00 a.m..

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from March 14, 2012 to April 18, 2012. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

Dated: March  13 , 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Excludable time finding is also based on defendant's need for continuity of counsel.

Stipulation and (~~Proposed~~) Order for
Continuance of Status Hearing                3