1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Tel: (510) 637-6380
7  Fax: (510 637-3724
   E-Mail: michelle.kane3@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )    CR 10-00731 LHK
14                                  )
        Plaintiff,                  )    STIPULATION AND [PROPOSED]
15                                  )    ORDER CONTINUING STATUS
        v.                          )    CONFERENCE AND DOCUMENTING
16                                  )    EXCLUSION OF TIME.
   HAI MANH HOANG,                  )
17                                  )
        Defendant.                  )
18 _____   )

19     The defendant, Hai Manh Hoang, and the government together respectfully stipulate as
20 follows:
21     1. A change of plea or status conference is currently scheduled in this matter on April 18,
22        2012, at 9:00 a.m.;
23     2. The parties hereby advise the Court that the parties are continuing to confer over a
24        potential disposition. Additional facts have come to light during that discussion that
25        require further inquiry by counsel for defendant Hoang.
26     Accordingly, the parties request a continuance of the status conference to enable counsel to
27 further investigate. The parties therefore request that the Court set the matter for change of plea
28 or status conference on May 9, 2012, at 9:00 a.m. The parties jointly request that the Court

STIPULATION AND [PROPOSED] ORDER

1  exclude the period of time between April 18, 2012, and May 9, 2012, under the Speedy Trial Act
2  calculation for effective preparation of counsel, taking into account the exercise of due diligence.
3  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
4  IT IS SO STIPULATED.

6  Dated: April 17, 2012                        /s/
7                                               RICHARD POINTER
                                                Counsel for Defendant

9  Dated: April 17, 2012                        MELINDA HAAG
                                                United States Attorney

12                                              /s/
                                                MICHELLE J. KANE
                                                Assistant United States Attorney

ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 18, 2012, and May 9, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 18, 2012, and May 9, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 18, 2012, and May 9, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __4/17__, 2012                          *Lucy H. Koh*
                                                LUCY H. KOH
                                                United States District Judge

STIPULATION AND [P<s>ROPOSE</s>D] ORDER           2